## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARY BELLE WATTS                                                        PLAINTIFF

v.                          NO. 4:13CV00334 JLH

PENTAGROUP FINANCIAL, LLC                            DEFENDANT

### ORDER OF DISMISSAL

Pursuant to plaintiff's notice of voluntary dismissal pursuant to settlement, this action is dismissed with prejudice.

IT IS SO ORDERED this 9th day of August, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE